UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITCHELL B. MODELL, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>ARGONAUT INSURANCE COMPANY, n/k/a ARGO GROUP, a Bermuda corporation; ERIC SPIEL, an individual,<br><br>                Defendants. | Civil Action No. 1:23-cv-01488-JLR |

## [PROPOSED] ORDER ON STIPULATION TO EXTEND

On March 17, 2023, Plaintiff Mitchell B. Modell ("Plaintiff") and Defendant Eric Spiel ("Mr. Spiel") filed a Stipulation of Extension of Time to Respond to Complaint (the "Stipulation"), wherein those parties agreed to extend the time for Mr. Spiel to respond to the Complaint in the above-captioned matter. The Court, having reviewed the Stipulation, and finding good cause therefore, hereby GRANTS the request to extend Mr. Spiel's time to respond to the Complaint and hereby ORDERS that Mr. Spiel's Answer or other response to the Complaint is due on or before March 31, 2023.

IT IS SO ORDERED.

Dated: March 20, 2023
       New York, New York

_____
Hon. Jennifer L. Rochon
United States District Judge