UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITHCELL B. MODELL, an individual,<br><br>Plaintiff<br><br>v.<br><br>ARGONAUT INSURANCE COMPANY, n/k/a ARGO GROUP, a Bermuda corporation; ERIC SPEIL, an individual,<br><br>Defendants | Civil Action No: 1:23-cv-01488 |

## [PROPOSED] ORDER ON STIPULATION TO EXTEND

On March 29, 2023, Plaintiff Mitchell B. Modell ("Plaintiff") and Defendant Argonaut Insurance Company ("Argonaut") filed a Stipulation of Extension of Time to Respond to the Complaint (the "Stipulation"), wherein those parties agreed to extend the time for Argonaut to respond to the Complaint in the above-captioned matter. The Court, having reviewed the Stipulation, and finding good cause therefore, hereby GRANTS the request to extend Argonaut's time to respond to the Complaint and hereby ORDERS that Argonaut's answer or other response to the Complaint is due on or before April 12, 2023.

IT IS SO ORDERED.

Dated: March 29, 2023
      New York, New York

_____
Hon. Jennifer L. Rochon
United States District Judge

1