UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITCHELL B. MODELL, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARGONAUT INSURANCE COMPANY, n/k/a ARGO GROUP, a Bermuda corporation; ERIC SPIEL, an individual,<br><br>    Defendants. | Civil Action No. 1:23-cv-01488-JLR |

## ~~[PROPOSED]~~ ORDER ON SECOND STIPULATION TO EXTEND

On March 30, 2023, Plaintiff Mitchell B. Modell ("Plaintiff") and Defendant Eric Spiel ("Mr. Spiel") filed a Second Stipulation of Extension of Time to Respond to Complaint (the "Second Stipulation"), wherein those parties agreed to extend the time for Mr. Spiel to respond to the Complaint in the above-captioned matter. The Court, having reviewed the Second Stipulation, and finding good cause therefore, hereby GRANTS the request to extend Mr. Spiel's time to respond to the Complaint and hereby ORDERS that Mr. Spiel's Answer or other response to the Complaint is due on or before April 12, 2023.

  IT IS SO ORDERED.

Dated: April 3, 2023
   New York, New York

                  _____
                  Hon. Jennifer L. Rochon
                  United States District Judge