# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Ethan W. Middlebrooks, Esq.
Emiddlebrooks@andersonkill.com
212-278-1324

> The parties' joint request is **GRANTED**. The initial pretrial conference is hereby **adjourned**.
>
> **SO ORDERED.**
>
> Dated: May 11, 2023
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

May 10, 2023

By ECF

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Modell v. Argonaut Ins. Co., et al.*; No. 23-cv-01488-JLR (S.D.N.Y.)
      Joint Request for Adjournment

Dear Judge Rochon:

Anderson Kill P.C represents Defendant Eric Spiel in the above-referenced matter. We write jointly with counsel for Plaintiff Mitchell Modell and Defendant Argonaut Insurance Company to respectfully request an adjournment of the Rule 16(b) Scheduling Conference currently set for June 1, 2023, until after the Court decides the Defendants' pending motions to strike and to dismiss Plaintiff's Complaint (Dkt. Nos. 19-25). Resolution of those motions may impact the scope of discovery and the parties' and the Court's planning for same.

Defendants filed their pending motions on April 12, 2023. By Order of the Court, Plaintiff's time to respond to the motions is May 26, 2023. Defendants' replies are due June 2, 2023. Pursuant to the Federal Rules of Civil Procedure and Local Rules, the parties will be obligated to initiate planning for discovery and exchanging initial disclosures while the motions are pending. Accordingly, the parties request the Court adjourn the Rule 16(b) Scheduling Conference until twenty-five (25) days after the Court decides the pending motions. This is the first request for an adjournment of the Rule 16(b) Scheduling Conference.

The parties thank the Court for its consideration.

Respectfully submitted,

Ethan W. Middlebrooks

cc:   All Counsel of Record