**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MITCHELL B. MODELL,

                     Plaintiff,
   -against-                                   23 **CIVIL** 1488 (JLR)

                                                                   **<u>JUDGMENT</u>**

ARGONAUT INSURANCE COMPANY, n/k/a
ARGO GROUP, and ERIC SPIEL,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 8, 2024, the motion to dismiss is GRANTED. The motion to strike is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      February 8, 2024

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                          **BY:**     *K. Mango*

                                                         **Deputy Clerk**