# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITCHELL B. MODELL, an individual, | Case No. 1:23-cv-01488-JLR |
| Plaintiff, | Hon. Jennifer L. Rochon, U.S.D.J. |
| v. | |
| ARGONAUT INSURANCE COMPANY, n/k/a ARGO GROUP, a Bermuda Corporation; ERIC SPIEL, an individual, | **NOTICE OF APPEAL** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Mitchell B. Modell hereby appeals to the United States Court of Appeals for the Second Circuit from the Order and Judgment of the United States District Court for the Southern District of New York entered in this action on February 8, 2024 (ECF Nos. 47 and 48).

        **McCARTER & ENGLISH, LLP**
        Attorneys for Plaintiff
        Mitchell B. Modell

Dated: March 8, 2024        By: ___*s/Sherilyn Pastor*_____
        Sherilyn Pastor
        Mario S. Russo
        Worldwide Plaza, 825 Eighth Avenue
        New York, NY 10019
        Phone: 212-609-6800
        Fax: 212-609-6921
        spastor@mccarter.com
        marusso@mccarter.com